```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARL D. WELLS,

                Petitioner,

        -v-

SUPT. M. KING, CLINTON C.F.,

                Defendant.
-------------------------------------------------------------------X

25-cv-5651 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    By order of August 5, 2025, the Court directed the State of New York to answer Plaintiff's habeas petition within sixty days of the date of the order. *See* Dkt. No. 5. On August 11, 2025, the Court received a letter from Petitioner requesting that he be allowed to add to his Petition the claim described in the letter, relating to the deprivation of his right to cross-examine the DNA analyst in his case, or for leave to amend his Petition to include the same. *See* Dkt. No. 9. Accordingly, in its response to the Petition, the State shall also address why the Petition should not be construed to include the claim identified in Petitioner's letter or, in the alternative, why the Petition should not be deemed amended to include that claim, and shall respond to the claim.

    The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner.

    SO ORDERED.

Dated: August 14, 2025
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge