UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                    :

CARL D. WELLS,                                          :

                            Petitioner,         :

                                                              :                       25-cv-5651 (LJL)

         -v-                                        :

                                                              :                       <u>ORDER</u>

SUPT. M. KING, CLINTON C.F.,        :

                                                               :

                            Defendant.       :

                                                                       :

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/15/2025__

LEWIS J. LIMAN, United States District Judge:

      Petitioner writes the Court complaining of medical issues that he believes have not been adequately attended to by prison medical officials.  Where a state prison inmate challenges the provision of medical care as a condition of his confinement, that challenge should be brought under 42 U.S.C. 1983 and filed in a court where venue lies.  *See Bloomer v. Costello*, 2001 WL 62864, at *1 (S.D.N.Y. Jan. 24, 2001) (Lynch, J.); 28 U.S.C. § 1391(b).  That claim is separate from the claim before this Court, which is a petition for writ of habeas corpus arising under 28 U.S.C. § 2254.  Accordingly, Mr. Wells's medical complaints are not properly before this Court. The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner.

      SO ORDERED.

Dated: September 15, 2025
      New York, New York                 _____
                                    LEWIS J. LIMAN
                                United States District Judge