```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
WELLS,                                                             :
                                                                   :
                              Petitioner,                          :
                                                                   :          25-cv-5651 (LJL)
               -v-                                                 :
                                                                   :              ORDER
SUPT. M. KING, CLINTON C.F.,                                       :
                                                                   :
                              Respondent.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2025

LEWIS J. LIMAN, United States District Judge:

      Mr. Wells's letter raises claims regarding conditions of confinement and access to the courts under 42 U.S.C. § 1983 that are not properly before this Court. Without expressing opinion as to the merits of these claims, Mr. Wells's letter shall be transferred to the Northern District of New York, pursuant to 28 U.S.C. § 1406 and in the interest of justice, as both the relevant state officers reside in that district and the events described occurred in that district.

      The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner and to transfer the letter to the Northern District of New York.

      SO ORDERED.

Dated: September 30, 2025
       New York, New York

                                                LEWIS J. LIMAN
                                        United States District Judge