UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                     :

CARL D. WELLS,                         :
                                       :

                Petitioner,         :

                                       :        25-cv-5651 (LJL)

     -v-                      :

                                       :         ORDER

SUPT. M. KING, CLINTON C.F.,        :

                                       :

                Respondent.      :

                                       :
------------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 03/26/2026

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the attached communication from Petitioner.  The Court will

consider the document as part of the petition.


     SO ORDERED.

Dated: March 26, 2026
       New York, New York                          LEWIS J. LIMAN
                                            United States District Judge

Case 1:25-cv-05651-LJL   Document 38   Filed 03/26/26   Page 2 of 3

25-2962

TO:   UNITED STATES COURTHOUSE
      SOUTHERN DISTRICT OF NEW YORK
      CHAMBERS : HON, JUDGE LEWIS T. LIMAN, (USDJ)

In Re: Wells v. M. King , Dkt # 25 cv 5651(LTL)

SUBJECT: 2008 DISCOVERY PHOTO, 12-08-06 AT 033PCT, INTOXICATED, NO LAWYER!
         [OFF THE RECORD VIEW!!!!]

DATED: FEBRUARY 22nd, 2026*

Carl D. Wells, 11-A-1747
Five Points Correctional Facility
6600 State Route 96
Caller Box 119
Romulus, NY 14541
[10- C-1 - 06B]

---

HON. JUDGE LIMAN: RESPECTFULLY:

I am mailing this Photograph, off the record, and just to let you know the
real, State of Mind I was in when the 033rd & 19th Pct's Robbery Squad had
me alone, without an Attorney and Wrote out Statement's from their file and
had me sign the Statement for, Sleep & Food.

Moreover, (ADA) Fistel was at the Pct, after having the 044th Pct drive me
and the vehicle over to the 033rd Pct.

                              Respectfully Submitted,
                              Pro-se Petitioner,
                              _____ 11A1747
                                 Signature

---

