**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 CARL D. WELLS,

                                    Petitioner,

        -against-                                                      25 **CIVIL** 5651 (LJL)

                                                                      **JUDGMENT**

SUPT. M. KING,

                                    Respondent.
-----------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 28, 2026, the Petition is DENIED. The Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken

in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 44445 (1962).

**Dated:** New York, New York

        April 29, 2026


                                                              **TAMMI M. HELLWIG**
                                                    _____
                                                              **Clerk of Court**

                                        **BY:**

                                                    _____
                                                              **Deputy Clerk**