USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL D. WELLS,

Petitioner,

-v-

SUPT. M. KING, CLINTON C.F.,

Respondent.

25-cv-5651 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the attached communication from Petitioner. The Court has already resolved Petitioner's petition for *habeas* relief and closed this case. *See* Dkt. No. 42. The letter does not appear to request any further relief from this Court. Accordingly, the Court intends to disregard it and to take no further action. The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at his place of incarceration.

SO ORDERED.

Dated: October 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

TO: UNITED STATES CHIEF CIRCUIT JUDGE
HON. DEBRA LIVINGSTON (CHAMBERS)
SECOND CIRCUIT COURTHOUSE*

TO: SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE JUDGES (CHAMBERS)

HON. LEWIS J. LIMAN, (USDJ)

CC: OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
ASSISTANT ATTORNEY GENERAL, MR. PAUL B. LYONS, ESQ.*

IN RE: WELLS V. MILLER, [25-cv-5651(LJL)]
[SDNY - 28 USC 2254][2ND CIR. DKT::#26-1340]

DATED: 9/27/2026

SUBJECT: NEWLY DISCOVERED EVIDENCE OF 'WRONG DOING/BAD FAITH BY DEFENDANT'S]

HON. JUDGE LIVINGSTON & LIMAN:

I was sent a set of Disks (DVD'S) by Mr. Lyons, inside of a yellow envelope with (911) Calls written on them. The Correctional Legal Mail Ofiicer gave them to me, yet instructed me to either turn them over to property, or to mail them home. A few weeks later, with a enclosed letter and inside of another yellow envelope. Mr. Lyons mailed a FLASH DRIVE. The Card Board container & plastic cover, that it's bought in, contained the Drive, yet, seal was brokened and, Wells v. Miller was written on the top in Black Marker.

I was given the same options, so I mailed it home also. My Brother, Mark Wells of; 14-Englwood Ct., Ann Arbor Michigan 48108, Tel # 734 276 1516, was instructed to look at the Flash Drive and have contents photocopied and mailed to me.

Pursuant to a Phone Call to my Brother, 9-26-2026, He advised me that he had found someone to open up the Flash Drive and agreed to photocopy the contents. He advised me that the Flash Drive did not contain anything and that it was blank.

I am asking for Mr. Lyons to give his position, in writing to both of you and to me? My brother can be contacted if needed.

Sincerely Yours,

Carl D. Wells, Plaintiff Pro-se

Signature

CC: FILE: c/w/.:

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: CARL WELLS DIN: 11A1747 LOC:
10 C-1, 06 BOTTOM

Five Points Correctional Facility

neopost
09/29/2026
US POSTAGE $000.78⁰
FIRST-CLASS MAIL
IMI
ZIP 14541
041M11272007

U.S. COURTHOUSE : SOUTHERN DISTRICT
OF NEW YORK : 500 PEARL STREET,
NEW YORK, NY 10007

HON. LEWIS J. LIMAN, (USDJ)

LEGAL MAIL:

USMP3
SDNY

10007381330 C099